UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In Re )
) NO. 09-05653
Jeff K. & Lygay J. Jaeger ) TRUSTEE'S SECOND
) OBJECTION TO EXEMPTIONS
Debtor(s). )
)

COMES NOW the trustee, and hereby objects to all of the debtors' AMENDED exemptions filed on 2-10-10, including but not limited to: Nietech shares, potential tax refund, The Worldmark/The Club, and MGM City Center/VDARA earnest money.

DATED: 2/18/10

/s/ VanNoy Culpepper
VanNoy Culpepper, Trustee

I hereby certify under penalty of perjury that on this date, I caused to be deposited in the U.S. Mail, first class, postage prepaid, a copy of OBJECTION TO EXEMPTIONS to:
Debtor(s):

Jeff & Lygay Jaeger
PO Box 784
Cle Elum, WA 98922

Debtor's Attorney:

Christina L. Henry
705 2nd Ave., Ste 1050
Seattle, WA 98104

/s/ VanNoy Culpepper
VanNoy Culpepper

*Objection to Exemptions*

*VanNoy Culpepper*
*3908 Creekside Loop, #125*
*Yakima, WA 98902*
*(509)457-2490*