# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-05653 FLK | Trustee: | (670260) VANNOY CULPEPPER |
|---|---|---|---|
| Case Name: | JAEGER, JEFF K | Filed (f) or Converted (c): | 10/08/09 (f) |
| | JAEGER, LYGAY J | §341(a) Meeting Date: | 11/19/09 |
| Period Ending: | 03/31/10 | Claims Bar Date: | 04/01/10 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence 151 Saddle Ridge Loop, Cle Elum, WA 98 Orig. Asset Memo: Imported from original petition Doc# 1 | 798,110.40 | 0.00 | DA | 0.00 | FA |
| 2 | Lot, Lot # 18 of Suncadia, phase #1, Division 2 Orig. Asset Memo: Imported from original petition Doc# 1 | 190,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Vacation Rental Property 3600 Suncadia Trail, #5 Orig. Asset Memo: Imported from original petition Doc# 1 | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Rental Property 106 E. Fifth St., Cle Elum, WA 9 Orig. Asset Memo: Imported from original petition Doc# 1 | 190,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Cash on Hand Orig. Asset Memo: Imported from original petition Doc# 1 | 150.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking Account Bank of America Acct# xxxx8267 Orig. Asset Memo: Imported from original petition Doc# 1 | 3,421.23 | 0.00 | DA | 0.00 | FA |
| 7 | Ameritrade PO Box 2209 Omaha, NE 68103-2209 Acct Orig. Asset Memo: Imported from original petition Doc# 1 | 164.80 | 0.00 | DA | 0.00 | FA |

09-05653-FLK7    Doc 64    Filed 04/23/10    Entered 04/23/10 10:00:52    Pg 1 of 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 09-05653 FLK | | Trustee: | (670260) VANNOY CULPEPPER |
|---|---|---|---|---|
| Case Name: | JAEGER, JEFF K | | Filed (f) or Converted (c): | 10/08/09 (f) |
| | JAEGER, LYGAY J | | §341(a) Meeting Date: | 11/19/09 |
| Period Ending: | 03/31/10 | | Claims Bar Date: | 04/01/10 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 8 | Savings Account Bank of America Acct# xxx8267 Orig. Asset Memo: Imported from original petition Doc# | 0.10 | 0.00 | DA | 0.00 | FA |
| 9 | 401K Fidelity Investments 82 Devonshire St. Bost Orig. Asset Memo: Imported from original petition Doc# | 93,332.00 | 0.00 | DA | 0.00 | FA |
| 10 | 401K Merrill Lynch Benefits Avis Budget GP EE Sa Orig. Asset Memo: Imported from original petition Doc# | 121,060.67 | 0.00 | DA | 0.00 | FA |
| 11 | Nietech Shares - Privately held company is unpro Orig. Asset Memo: Imported from original petition Doc# | 0.00 | Unknown | DA | 0.00 | Unknown |
| 12 | Stone Canyon LLC (partnership with no money in i Orig. Asset Memo: Imported from original petition Doc# | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Potential Tax Refund Orig. Asset Memo: Imported from original petition Doc# | 16,000.00 | Unknown | | 0.00 | Unknown |
| 14 | 2009 Dodge Nitro Orig. Asset Memo: Imported from original petition Doc# | 29,000.00 | 0.00 | DA | 0.00 | FA |

09-05653-FLK7    Doc 64    Filed 04/23/10    Entered 04/23/10 10:00:52    Pg 2 of 4

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 09-05653 FLK
**Case Name:** JAEGER, JEFF K
JAEGER, LYGAY J
**Period Ending:** 03/31/10

**Trustee:** (670260) VANNOY CULPEPPER
**Filed (f) or Converted (c):** 10/08/09 (f)
**§341(a) Meeting Date:** 11/19/09
**Claims Bar Date:** 04/01/10

| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | 2009 Chevy Avalanche LTV Orig. Asset Memo: Imported from original petition Doc# 1 | 34,281.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1 Dog Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 | The Worldmark / The Club (7,000 credits for Time Orig. Asset Memo: Imported from original petition Doc# 1 | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 18 | MGM - City Center VDARA - Condo/Hotel Earnest Mo Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | Unknown |
| 18 Assets | Totals (Excluding unknown values) | $1,729,020.20 | $0.00 | | $0.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee is investigation status and value of California corporation shares, Nevada earnest money agreement/ refund, and previous business dealings of debtor.

09-05653-FLK7    Doc 64    Filed 04/23/10    Entered 04/23/10 10:00:52    Pg 3 of 4

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| Case Number: 09-05653 FLK | Trustee: (670260) VANNOY CULPEPPER |
| Case Name: JAEGER, JEFF K | Filed (f) or Converted (c): 10/08/09 (f) |
| JAEGER, LYGAY J | §341(a) Meeting Date: 11/19/09 |
| Period Ending: 03/31/10 | Claims Bar Date: 04/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): October 30, 2013    Current Projected Date Of Final Report (TFR): October 30, 2013

09-05653-FLK7    Doc 64    Filed 04/23/10    Entered 04/23/10 10:00:52    Pg 4 of 4